PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRENT C. GRAY, | ) | |
| | ) | CASE NO. 1:20-CV-02123 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| | ) | **ORDER** |
| Defendant. | ) | [Regarding ECF No. 18] |
| | ) | |

On November 8, 2021, Magistrate Carmen E. Henderson issued a Report and Recommendation that the Commissioner's final decision denying Plaintiff's application for disability insurance benefits be reversed and remanded. See ECF No. 18.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id*.; Fed. R. Civ. Pro. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court may adopt a magistrate judge's report without review. See *Thomas*, 474 U.S. at 149.

In the instant case, objections to the Report and Recommendation were due by November 22, 2021. On November 8, 2021, Commissioner filed a Response to the Report and Recommendation (ECF No. 19), indicating that no objections would be filed.

(1:20-CV-02123)

Therefore, the Court adopts the Magistrate Judge's Report and Recommendation and remands the matter. ECF No. 20.

IT IS SO ORDERED.


| November 24, 2021 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |